# Order

**Michigan Supreme Court**
**Lansing, Michigan**

May 30, 2018

156704

Stephen J. Markman,
Chief Justice

Brian K. Zahra
Bridget M. McCormack
David F. Viviano
Richard H. Bernstein
Kurtis T. Wilder
Elizabeth T. Clement,
Justices

PEOPLE OF THE STATE OF MICHIGAN,
       Plaintiff-Appellee,

v

SCOE WALTON,
       Defendant-Appellant.

SC: 156704
COA: 333309
Wayne CC: 15-007067-FC

_____/

      On order of the Court, the application for leave to appeal the October 17, 2017 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



      I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

May 30, 2018



Clerk

t0523